UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LINDA CHARLTON f/k/a LINDA SAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENCORE CAPITAL GROUP, INC., *et al.*, )<br>)<br>Defendants. ) | 2:13-cv-69<br>*Mattice / Lee* |

## ORDER

Before the Court is a motion to strike pattern and practice allegations from complaint [Doc. 6] filed by Defendants Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc. Plaintiff has not filed any response in opposition to the motion, and the Court deems Plaintiff's failure to respond as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2.

In light of Plaintiff's failure to oppose the motion, the motion to strike pattern and practice allegations from complaint [Doc. 6] is **GRANTED**. Plaintiff shall file an amended complaint without paragraphs 17, 18, 19, 21, 24, 26, 27, 43, 44, and 46 within **14 days** of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE